ENVIROTECH CORPORATION, ETC. v. NIMCO
SHREDDING COMPANY.

June 8, 1983.

Petition for certification denied.

L & L CLINICS, INC. v. TOWN OF IRVINGTON.

June 8, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 332)

STATE OF NEW JERSEY v. KERBY KELLER.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT UPDIKE.

June 8, 1983.

Petition for certification denied.